FILED
MAR 05 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'08 MJ 8202

| UNITED STATES OF AMERICA, | ) Magistrate Case No.: |
| Plaintiff, | ) COMPLAINT FOR VIOLATION OF |
| v. | ) 21 U.S.C. § 952 and 960 |
| Clara Elena NEGRETE, | ) Importation of a Controlled Substance (Felony) |
| Defendant. | ) |

The undersigned complainant being duly sworn states:

That on or about March 4, 2008, within the Southern District of California, defendant Clara Elena NEGRETE did knowingly and intentionally import approximately 9.88 kilograms (21.73 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Lonnie Brasby, Special Agent
U.S. Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 5TH DAY OF MARCH 2008.

PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE

UNITED STATES OF AMERICA
v.
Clara Elena NEGRETE

## STATEMENT OF FACTS

This Statement of Facts is based on the reports, documents, and notes furnished to U. S. Immigration and Customs Enforcement Special Agent Lonnie Brasby.

On March 4, 2008, at approximately 1835 hours, Clara Elena NEGRETE entered the United States at the Calexico, CA, West Port of Entry. NEGRETE was the driver and her minor daughter was the occupant of a 2000 Ford Expedition.

At primary inspection, NEGRETE gave a negative Customs declaration to Customs and Border Protection Primary Officer (CBPO) F. Lopez. When NEGRETE rolled down the rear driver's side window, CBPO F. Lopez could smell a strong odor of soap coming from the interior of the vehicle. During questioning, NEGRETE advised CBPO F. Lopez that she had gone to Mexico to visit her deported husband. CBPO F. Lopez referred NEGRETE, her minor daughter, and the vehicle to secondary for a more intensive inspection.

In the vehicle secondary lot, Canine Enforcement Officer E. Smura utilized his Narcotic Detector Dog, who alerted to the rear driver's side quarter panel of the vehicle. A subsequent inspection of the vehicle revealed five (5) packages, which were discovered in a compartment located within the rear driver's side quarter panel of the vehicle. One of the packages was probed and a sample of a green leafy substance was obtained, which field tested positive for marijuana. The 5 packages had a combined net weight of approximately 9.88 kilograms (21.73 pounds) of marijuana.

NEGRETE was arrested for importation of marijuana into the United States. NEGRETE was advised of her rights, per Miranda. NAGRETE stated that she understood her rights and was willing to answer questions without the presence of an attorney. NEGRETE admitted knowledge of the narcotics concealed in the vehicle and was to be paid $2,000.00 for the smuggling venture.